UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

---

Melissa Hiltz,

          Plaintiff,

-v.-

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
TransUnion, LLC; and
Verizon Communications Inc.,

          Defendants.

---

Civil Action No:
1:22-cv-161

## NOTICE OF VOLUNTARY DISMISSAL AS TO TRANS UNION, LLC

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Trans Union, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant, Trans Union, LLC, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: April 26, 2022

          Respectfully Submitted,

          */s/Eliyahu Babad*
          Eliyahu Babad, Esq.
          **Stein Saks, PLLC**
          One University Plaza
          Hackensack, NJ 07601
          ebabad@steinsakslegal.com
          Tel. 201-282-6500
          Fax 201-282-6501
          *Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 26th day of April, 2022           Respectfully Submitted,

                                            */s/ Eliyahu Babad*
                                            Eliyahu Babad